UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Tammi Renee Brooks : CASE NO: 13-51084

: CHAPTER 13

: JUDGE: C KATHRYN PRESTON

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00002 | America's Savings Co.<br>One Home Campus<br>Bk Pmt Proc/Mac# X2302-04C<br>Des Moines, IA 50328 | 7,665.01 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00001 | America's Savings Co.<br>One Home Campus<br>Bk Pmt Proc/Mac# X2302-04C<br>Des Moines, IA 50328 | 787.22<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00004 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 204.66 | 1.00 % | 0.00 % | Unsecured |
| 00008 | Cashland<br>1699 Brice Road<br>Reynoldsburg, OH 43068 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00009 | Cbcs<br>Po Box 163279<br>Columbus, OH 43216 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00010 | CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00012 | Client Services, Inc.<br>3451 Harry S Truman Blvd.<br>Saint Charles, MO 63301-4047 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00013 | Columbus Vascular Medicine, Inc.<br>L-3399<br>Columbus, OH  43260 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00014 | Computer Collections<br>640 West Fourth Street<br>Winston Salem, NC  27113 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00015 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00016 | FFCC Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00017 | FirstSource Advantage LLC<br>205 Bryant Woods S<br>Amherst, NY  14226 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00003 | Green Tree Servicing LLC<br>PO Box 0049<br>Palatine, IL  60055-0049 | 28,715.35 | 1.00 % | 0.00 % | Unsecured |
| 00018 | Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN  55164 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00019 | IQ Receivable Solutions<br>495 E. Mound St.<br>Columbus, OH  43215 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00011 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195 | 529.62 | 1.00 % | 0.00 % | Unsecured |
| 00020 | Meade & Associates<br>737 Enterprise Dr.<br>Westerville, OH  43081 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00021 | MT CARMEL HEALTH<br>6150 E BROAD ST 2ND FL<br>COLUMBUS, OH  43213 | 490.99 | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00022 | North Shore Agency<br>4000 East Fifth Ave.<br>Columbus, OH 43219 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00023 | NTB/Citibank SD<br>Citi Cards Private Label Bankruptcy<br>PO Box 20483<br>Kansas City, MO 64195 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00006 | Ohio Bell Telephone Co<br>% AT&T Services Inc<br>1 AT&T Way Rm 3A 231<br>Bedminster, NJ 07921 | 232.42 | 1.00 % | 0.00 % | Unsecured |
| 00005 | Ohio State Department of Taxation<br>150 East Gay Street<br>21st Floor<br>Columbus, OH 43215 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00024 | Pcb<br>5500 New Albany Rd<br>New Albany, OH 43054 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00007 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 1,220.30 | 1.00 % | 0.00 % | Unsecured |
| 00025 | Revenue Group<br>P.O. Box 89471<br>Cleveland, OH 44101 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00026 | Riverside Radiology &<br>Interventional Association<br>3525 Olentangy River Rd., Suite 5360<br>Columbus, OH 43214 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00027 | The Wexner Medical Center<br>PO Box 183102<br>Columbus, OH 43218 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00028 | TRAC/Citibank SD<br>PO Box 6500<br>Sioux Falls, SD 57117 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00029 | United Collection Bureau Inc.<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00030 | Verizon Wireless<br>Attn Customer Service<br>PO Box 2060<br>Cranberry Twp, PA  16066 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00031 | Wells Fargo Bank NA<br>dba Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA  92799 | 4,751.62 | 1.00 % | 0.00 % | Deficiency Balance |
| | TOTAL | 43,809.97 | | | |
| 00000 | Marshall D Cohen<br>Marshall D. Cohen Co., LLC<br>1299 Olentangy River Road<br>2nd Floor, Suite C<br>Columbus, OH  43212 | 2,811.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: August 28, 2013

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:  Tammi Renee Brooks                           :         CASE NO: 13-51084

                                                                    :         CHAPTER 13

                                                                    :         JUDGE: C KATHRYN PRESTON

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2013, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Marshall D Cohen

and on the following by **ordinary U.S. Mail addressed to:**

Tammi Renee Brooks
1497 Graham Road
Reynoldsburg, OH  43068

**See Creditor Matrix**
**All Creditors and Parties in Interest**

FirstSource Advantage LLC
205 Bryant Woods S
Amherst, NY 142260000

Mt Carmel Health
Corporate Service Center
6150 E Broad St
Columbus, OH 432130000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 432160000

OSU Health System Anesthia Services
PO 711823
Columbus, OH 432710000

Computer Collections
640 West Fourth Street
Winston Salem, NC 271130000

The Ohio Bell Telephone Company
&#037; AT&T Services, Inc
One AT&T Way, Room 3A231
Bedminster, NJ 079210000

AFNI, Inc.
P.O. Box 3517
Bloomington, IL 617023517

Grant Medical Center
111 South Grant Avenue
Columbus, OH 432150000

NTB/Citibank SD
Citi Cards Private Label Bankruptcy
PO Box 20483
Kansas City, MO 641950000

Verizon Wireless
Attn Customer Service
PO Box 2060
Cranberry Twp, PA 160660000

North Shore Agency
4000 East Fifth Ave.
Columbus, OH 432190000

Revenue Group
P.O. Box 89471
Cleveland, OH 441010000

Wells Fargo Bank, N.A.
dba Wells Fargo Dealer Services
P.O. Box 19657
Irvine, CA 926239657

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 235410000

Checksmart
7113 E. Main St.
Reynoldsburg, OH 430680000

Riverside Radiology &
Interventional Association
3525 Olentangy River Rd., Suite 5360
Columbus, OH 432140000

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 506130000

Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SD 577096154

Medcredit, Inc.
P.O. Box 1022
Wixom, MI 483931022

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 841300000

OSU Physicians
PO Box 740727
Cincinnati, OH 452740000

Client Services, Inc.
3451 Harry S Truman Blvd.
Saint Charles, MO 633014047

St. Ann's Hospital
P.O. Box 89458
Cleveland, OH 441010000

CBCS
PO Box 163279
Columbus, OH 432160000

The Wexner Medical Center
PO Box 183102
Columbus, OH 432180000

AT&T
P.O. Box 8100
Aurora, IL 605078100

Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA 917290000

IQ Receivable Solutions
495 E. Mound St.
Columbus, OH 432150000

WFNNB/New York & Company
Attention: Bankruptcy
PO Box 182685
Columbus, OH 432180000

Tammi Renee Brooks
1497 Graham Road
Reynoldsburg, OH 430680000

Ohio Health
5350 Frantz Rd.
Dublin, OH 430160000

Wachovia Dealer Services
P.O. Box 25341
Santa Ana, CA 927990000

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 322560000

United Collection Bureau Inc.
5620 Southwyck Blvd
Toledo, OH 436140000

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 770810000

Macys/FDSB
Attn: Bankruptcy
PO Box 8053
Mason, OH 450400000

Green Tree Servicing LLC
RBS Citizens NA/National City Bank
PO Box 6154
Rapid City, SD 577096154

Mount Carmel
P.O. Box 89458
Cleveland, OH 441010000

Cashland
1699 Brice Road
Reynoldsburg, OH 430680000

Jefferson Capital Systems LLC
Checksmart
PO BOX 7999
SAINT CLOUD, MN  563029617

Riverside Hospital
3535 Olentangy River Road
Columbus, OH  432140000

OSU Radiology
2050 Kenny Road
Columbus, OH  432213502

US Bank, NA
America&#039;s Servicing Co.
MAC D3347-014
Fort Mill, SC  297150000

Americas Servicing Co
Po Box 10328
Des Moines, IA  503060000

Columbus Vascular Medicine, Inc.
L-3399
Columbus, OH  432600000

Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH  452015480

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN  551010000

Ohio State Department of Taxation
150 East Gay Street
21st Floor
Columbus, OH  432150000

TRAC/Citibank SD
PO Box 6500
Sioux Falls, SD  571170000

Meade & Associates
737 Enterprise Dr.
Westerville, OH  430810000

FFCC Columbus Inc
1550 Old Henderson Rd St
Columbus, OH  432200000

IC Systems Inc
PO Box 64378
St. Paul, MN  551640000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:13-bk-51084<br>Southern District of Ohio<br>Columbus<br>Wed Aug 14 09:31:56 EDT 2013 | AFNI, Inc.<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 |
| Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306-0328 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 |
| CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cashland<br>1699 Brice Road<br>Reynoldsburg, OH 43068-2798 |
| Checksmart<br>7113 E. Main St.<br>Reynoldsburg, OH 43068-2011 | Client Services, Inc.<br>3451 Harry S Truman Blvd.<br>Saint Charles, MO 63301-9816 | Columbus Vascular Medicine, Inc.<br>L-3399<br>Columbus, OH 43260-0001 |
| Computer Collections<br>640 West Fourth Street<br>Winston Salem, NC 27101-2730 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | FFCC Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 |
| FirstSource Advantage LLC<br>205 Bryant Woods S<br>Amherst, NY 14228-3609 | Grant Medical Center<br>111 South Grant Avenue<br>Columbus, OH 43215-1898 | (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | IC Systems Inc<br>PO Box 64378<br>St. Paul, MN 55164-0378 | IQ Receivable Solutions<br>495 E. Mound St.<br>Columbus, OH 43215-5596 |
| Jefferson Capital Systems LLC<br>Checksmart<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lerner, Sampson & Rothfuss<br>P.O. Box 5480<br>Cincinnati, OH 45201-5480 | Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081-2166 |
| Macys/FDSB<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | Meade & Associates<br>737 Enterprise Dr.<br>Westerville, OH 43081-8841 | Medcredit, Inc.<br>P.O. Box 1022<br>Wixom, MI 48393-1022 |
| Mount Carmel<br>P.O. Box 89458<br>Cleveland, OH 44101-6458 | Mt Carmel Health<br>Corporate Service Center<br>Customer Service 2nd Fl<br>6150 E Broad St<br>Columbus OH 43213-1574 | NTB/Citibank SD<br>Citi Cards Private Label Bankruptcy<br>PO Box 20483<br>Kansas City, MO 64195-0483 |

North Shore Agency
4000 East Fifth Ave.
Columbus, OH 43219-1811

OSU Health System Anesthia Services
PO 711823
Columbus, OH 43271-1823

OSU Physicians
PO Box 740727
Cincinnati, OH 45274-0727

OSU Radiology
2050 Kenny Road
Columbus, OH 43221-3502

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Ohio Health
5350 Frantz Rd.
Dublin, OH 43016-4259

Ohio State Department of Taxation
150 East Gay Street
21st Floor
Columbus, OH 43215-3191

PCB
5500 New Albany Rd
New Albany, OH 43054-8704

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Revenue Group
P.O. Box 89471
Cleveland, OH 44101-6471

Riverside Hospital
3535 Olentangy River Road
Columbus, OH 43214-3998

Riverside Radiology &
Interventional Association
3525 Olentangy River Rd., Suite 5360
Columbus, OH 43214-3937

St. Ann's Hospital
P.O. Box 89458
Cleveland, OH 44101-6458

TRAC/Citibank SD
PO Box 6500
Sioux Falls, SD 57117-6500

The Ohio Bell Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

The Wexner Medical Center
PO Box 183102
Columbus, OH 43218-3102

US Bank, NA
America's Servicing Co.
3476 Stateview Blvd
MAC D3347-014
Fort Mill SC 29715-7203

United Collection Bureau Inc.
5620 Southwyck Blvd
Toledo, OH 43614-1501

Verizon Wireless
Attn Customer Service
PO Box 2060
Cranberry Twp, PA 16066-1060

WFNNB/New York & Company
Attention: Bankruptcy
PO Box 182685
Columbus, OH 43218-2685

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Wells Fargo Bank, N.A.
dba Wells Fargo Dealer Services
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA 91729-3569

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085-2391

Marshall D Cohen
Marshall D. Cohen Co., LLC
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, OH 43212-3145

Tammi Renee Brooks
1497 Graham Road
Reynoldsburg, OH 43068-2630

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Green Tree Servicing LLC           (d)Green Tree Servicing LLC        Portfolio Recovery Associates, LLC
P.O. Box 6154                      RBS Citizens NA/National City Bank  PO Box 41067
Rapid City, SD 57709-6154          PO Box 6154                         Norfolk VA 23541
                                   Rapid City SD 57709-6154


Wachovia Dealer Services
P.O. Box 25341
Santa Ana, CA 92799
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wells Fargo Bank, NA             End of Label Matrix
                                    Mailable recipients    55
                                    Bypassed recipients     1
                                    Total                  56
```